# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin Andrews,<br><br>        Plaintiff,<br><br>v.<br><br>Joseph Arpaio,<br><br>        Defendant. | CV 07-1346 PHX MHM (JM)<br><br>**REPORT AND RECOMMENDATION** – (REVISED) |

In accordance with 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice of the United States District Court for the District of Arizona, this case was referred to the Magistrate Judge for all pretrial proceedings and report and recommendation.[1] For the reasons explained below, the Magistrate Judge recommends that the District Court, after independent review of the record, dismiss the Complaint [Docket No. 1] with prejudice due to the Plaintiff's failure to provide a current address and to prosecute this action.

Plaintiff filed *pro se* the above-titled civil rights action pursuant to 42 U.S.C. § 1983 on July 11, 2007, alleging that Defendant Arpaio enforces Maricopa County Sheriff's Office policies and the Defendant Kunaseth is a member of the Maricopa County board of Supervisors. In the District Court's screening order, Defendant Kunaseth was dismissed from the action and Defendant Arpaio was ordered to answer counts one and two of the Complaint. The answer was subsequently filed and the Magistrate Judge issued a Scheduling Order. The Scheduling Order was returned as undeliverable on March 18, 2008, with a notation that Plaintiff had been released. Despite his release, Plaintiff has not filed with the Court a notice of his change of address.

---

[1] The caption of the previously filed Report and Recommendation reflected an incorrect defendant. This Revised Report and Recommendation corrects that error and replaces the Report and Recommend previously filed in this case.

In Judge Murguia's order dated August 6, 2007, Plaintiff was directed to file a notice of a change of address if warranted and warned that the failure to do so "may result in dismissal of this action." Plaintiff was also warned that the failure to comply with any court order would subject this action to dismissal. Plaintiff has failed to comply with the Court's order because he has not filed a Notice of Change of Address. Judge Murguia warned in her order that the failure to do so may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Without a current address, there is little the Court can do to attempt to remedy this situation. As the Plaintiff has failed to inform the Court of his current whereabouts, he has failed to pursue the prosecution of his case and he is in violation of Judge Murguia's order. As such, dismissal of this action with prejudice is appropriate. *Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 855, 858-59 (9th Cir. 2001) (dismissal for failure to prosecute acts as an adjudication on the merits).

**Recommendation**

Based on the foregoing, the Magistrate Judge **recommends** that the District Court, after its independent review, issue an Order **dismissing** this matter with prejudice.

This Recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

However, the parties shall have ten (10) days from the date of service of a copy of this recommendation within which to file specific written objections with the District Court. *See* 28 U.S.C. § 636(b)(1) and Rules 72(b), 6(a) and 6(e) of the Federal Rules of Civil Procedure. Thereafter, the parties have ten (10) days within which to file a response to the objections. If any objections are filed, this action should be designated case number: **CV 07-1346-PHX-MHM**. Failure to timely file objections to any factual or legal determination of theMagistrate Judge may be considered a waiver of a party's right to *de novo* consideration

1 of the issues. *See United States v. Reyna-Tapia* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

DATED this 15th day of April, 2008.

_____
Jacqueline Marshall
United States Magistrate Judge