IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Joseph Martin Andrews,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant. | No. CV 07-1346-PHX-MHM<br><br>**ORDER** |

    Plaintiff, Joseph Martin Andrews, filed his Civil Rights Complaint on July 11, 2007. On August 8, 2007, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by August 28, 2007. On October 5, 2007, the Defendant filed an answer to the Complaint. On March 18, 2008, the Scheduling Order was returned by the Post-office due to Plaintiff being released.

    On April 16, 2008, the Magistrate Judge filed her Report and Recommendation recommending that this case be dismissed with prejudice for Plaintiff's failure to comply with Fed. R. Civ. P. 41(b).

    In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.   The time to file such objections has since expired and no objections to the Report and Recommendation have been filed.

1       The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.

3       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court [12].

5       IT IS FURTHER ORDERED dismissing this case with prejudice for failure to
6 prosecute.

7       IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

8       DATED this 4th day of June, 2008.

_____
Mary H. Murguia
United States District Judge